# Exhibit B

SLARSKEY LLC 420 LEXINGTON AVENUE, SUITE 2525 NEW YORK, NY 10170

# AFFIDAVIT OF SERVICE

Client's File No.: _____
Index Number: **652580/2022**
Date Filed: **July 25, 2022**
Court Date: _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

**KEVIN BARNES,**

vs

**CARSON BLOCK and MUDDY WATERS, LLC.,**

Plaintiff

Defendant

STATE OF NEVADA COUNTY OF CARSON CITY SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of **Nevada**

That on the following date: **July 29, 2022**, at the following time: **2:57 PM**,
at **701 S. CARSON STREET, SUITE 200, CARSON CITY, NV 89701** deponent served the within Summons with Notice and Notice of Electronic Filing (Mandatory Case) - Form EFM-1

[X] Papers so served were properly endorsed with the Index Number and date of filing.

Upon: **MUDDY WATERS, LLC c/o CT CORPORATION SYSTEM - REGISTERED AGENT**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____, _____ Relationship a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address on _____.

[X] **Corporation LLC / LLP** — By delivering to and leaving with **Ana Gomes** said individual to be **Admin** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State.   [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**
Sex: Female   Color of skin: White   Color of hair: Brown   Age: 26 - 30 Yrs.   Height: 5ft 1inch - 5ft 6inch
Weight: 121-140 lbs.   Other Features: _____

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on **August 1, 2022**

_Samantha Lynn Farmer_ (signature)

SAMANTHA LYNN FARMER
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 20-5532-02 - Expires March 9, 2024

COURT SUPPORT, INC., 203 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
_Jennifer Tsang_ (signature)
Jennifer Tsang
PROCESS SERVER LICENSE # R-2022-00525

Work Order #  **1462478**

1 of 1