# Exhibit C

# AFFIDAVIT OF SERVICE

Index Number: 652580/2022
Date Filed: July 25, 2022
Court Date: _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK



**KEVIN BARNES,**

vs

**CARSON BLOCK and MUDDY WATERS, LLC.,**

Plaintiff

Defendant

STATE OF TEXAS COUNTY OF TRAVIS SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Texas

That on the following date: August 13, 2022, at the following time: 10:05 AM,
at _____ [redacted] _____ deponent served the within
Summons with Notice and Notice of Electronic Filing (Mandatory Case) - Form EFM-1

[X] Papers so served were properly endorsed with the Index Number and date of filing.

**Upon: CARSON BLOCK**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____, _____ Relationship, a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[X] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address August 13, 2022 on

[ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[X] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State. [X] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient** — Sex: ___ Color of skin: ___ Color of hair: ___ Age: ___ Height: ___
Weight: ___ Other Features: ___

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $ ___

[ ] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** — I attempted service on 06-10-22 @ 11:20 a.m. No answer at the door. There was a dog behind the door, it was acting like someone was home and kept looking back toward the living area. There was a Silver Toyota Land Cruiser, [redacted] and a bright blue Porsche SUV, [redacted] parked in front of the residence. The neighbor at [redacted] verified that Carson Block did reside at the home next door and verified that those cars belonged to the residents. I left a card on the door. /tempted on 08-11-22 @ 5:10 p.m. As I was pulling up to the residence, the bright Blue Porsche SUV (registered to Carson Block) was coming down the road toward the home and as the female driver saw me, she kept driving past the residence. My card from the previous attempt was gone. No answer at the door but the dog was acting like someone was inside the home. Black Range Rover, [redacted] (registered to [redacted] a Delaware company) was parked in the driveway and the Land Cruiser was still parked in front of the residence. Attempted on 08-12-22 @ 1:25 p.m. No answer at the residence. All vehicles parked at or near the residence. Attempted on 08-13-22 @10:05 a.m. No answer. I affixed the documents to the outer front glass with black door. The inner door was white with a small entrance in between the outer and inner doors. I was unable to verify military status.

Sworn to before me on 8-17-22

Cecilia Dathe

CECILIA DATHE
ID #129576644
My Commission Expires
September 29, 2025

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
**CHRIS DATHE**
PROCESS SERVER LICENSE #

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542

Work Order # 1462779