# Exhibit E

NYSCEF - New York State Courts Electronic Filing  (Live System)

<< Return to **Search Results**

**652580/2022 -** New York County Supreme Court

Short Caption: **Kevin Barnes v. Carson Block et al**
Case Type: **Commercial - Other (Partnership, Other)**
Case Status: **Pre-RJI**
eFiling Status: **Partial Participation Recorded**

E-mail Participating Parties

**Narrow By Options**

Document Type: Please select...    Filed By:
Please select...
Motion Info:    Filed Date:
thru
Document Number:
Display Document List with Motion Folders

Sort By: Doc #

| # | Document | Filed By | Status |
|---|---|---|---|
| 1 | SUMMONS WITH NOTICE *Corrected* <br> Summons with Notice | Fried, E. <br> Filed: 07/25/2022 <br> Received: 07/26/2022 | Processed <br> Confirmation Notice |
| 2 | AFFIDAVIT <br> Affidavit of service on Muddy Waters LLC | Slarskey, D. <br> Filed: 08/03/2022 <br> Received: 08/03/2022 | Processed <br> Confirmation Notice |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE <br> Affidavit of Service | Fried, E. <br> Filed: 08/18/2022 <br> Received: 08/18/2022 | Processed <br> Confirmation Notice |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE <br> Affirmation of Service | Fried, E. <br> Filed: 08/19/2022 <br> Received: 08/19/2022 | Processed <br> Confirmation Notice |