UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN BARNES,<br><br>        Plaintiff,<br><br> -against-<br><br>CARSON BLOCK and MUDDY WATERS, LLC,<br><br>        Defendants. | 22 Civ. 7236 (VSB)(RWL) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Defendants' Memorandum of Law in Support of Motion to Dismiss, and the Declaration of Samuel Shapiro, dated October 18, 2022, and the exhibits attached thereto, Defendants Carson Block and Muddy Waters, LLC (collectively, the "Defendants") will move this Court, before the Honorable Vernon S. Broderick at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at a date and time to be set at the convenience of the Court, for an Order dismissing the Complaint as against the Defendants, pursuant to Federal Rule of Civil Procedure 12(b).

Dated: October 18, 2022
   New York, New York

                     EMERY CELLI BRINCKERHOFF
                     ABADY WARD & MAAZEL LLP

                      /s/
                     Andrew G. Celli, Jr.
                     Samuel Shapiro
                     Sana Mayat*

                     600 Fifth Avenue, 10th Floor
                     New York, New York 10020
                     (212) 763-5000

                     *Attorneys for Defendants*

2

\*Ms. Mayat is admitted to practice law in New York. Her application for admission to the United States District Court for the Southern District of New York is forthcoming.