# SLARSKEY LLC / 420 Lexington Ave. / Suite 2525 / New York, NY 10170

Evan Fried<br>
(212) 658-0661<br>
efried@slarskey.com

October 26, 2022

Hon. Vernon S. Broderick  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re: *Kevin Barnes v. Carson Block, et al.,* 22 Civ. 7236 (VSB)(RWL)

Dear Judge Broderick:

    In their letter opposing a briefing schedule, Defendants assert Plaintiff has not alleged good cause for an adjournment. That is a new position from Defendants; during the meet-and-confer process, they simply refused any extension, without regard to whether there is good cause.

    Defendants argue no fewer than seven grounds why this action should be dismissed or transferred. On its face, to properly address these legal arguments it is reasonable to extend the briefing schedule for two weeks—as Plaintiff's counsel implicitly notes, since he has never previously rejected a request for a modest adjournment in 30 years. We are balancing competing professional obligations on other matters, including interim briefs due on other matters, and wish to properly address the Court with our opposition. Had Defendants expressed any actual interest in the reason for the requested two-week extension—and not simply rejected it out of hand—we would have been happy to supply a more detailed explanation.

    In addition, just this morning, I was informed of a family-related matter that has taken a turn and will require my attention.

Sincerely,<br>
//s// Evan Fried<br>
Evan Fried

To:    All counsel (via ECF)