# SLARSKEY LLC / 420 Lexington Ave. / Suite 2525 / New York, NY 10170

Evan Fried<br>
(212) 658-0661<br>
efried@slarskey.com

November 14, 2022

Hon. Vernon S. Broderick  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

                      Re: *Kevin Barnes v. Carson Block, et al.,* 22 Civ. 7236 (VSB)(RWL)

Dear Judge Broderick:

      On behalf of Plaintiff Kevin Barnes ("Barnes") in the above-referenced action, we write pursuant to Rule 4(B) of Your Honor's Individual Rules of Practice, to request a 5-page increase (to 30 pages) to the limit imposed on Barnes' brief in opposition to Defendants' motion to dismiss, which is due tomorrow, November 15, 2022. Defendants argue no fewer than seven grounds to justify dismissal of this action. In order to properly address each of these grounds for dismissal, including the addition of supplemental allegations to counter Defendants' jurisdictional-related arguments, we request this modest page limit increase. We, of course, have no objection to a similar page limit increase being offered to Defendants for purposes of their reply brief, should they desire one.

      We thank the Court for its consideration of the within matters.

                                           Sincerely,  
                                           //s// Evan Fried  
                                           Evan Fried

To:    All counsel (via ECF)