**SLARSKEY LLC** / 420 Lexington Ave. /

APPLICATION DENIED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/15/2022

Defendant has filed a standard 25-page motion to dismiss. Given this, a grant of additional pages is not merited.

November 14, 2022

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re: *Kevin Barnes v. Carson Block, et al.*, 22 Civ. 7236 (VSB)(RWL)

Dear Judge Broderick:

    On behalf of Plaintiff Kevin Barnes ("Barnes") in the above-referenced action, we write pursuant to Rule 4(B) of Your Honor's Individual Rules of Practice, to request a 5-page increase (to 30 pages) to the limit imposed on Barnes' brief in opposition to Defendants' motion to dismiss, which is due tomorrow, November 15, 2022. Defendants argue no fewer than seven grounds to justify dismissal of this action. In order to properly address each of these grounds for dismissal, including the addition of supplemental allegations to counter Defendants' jurisdictional-related arguments, we request this modest page limit increase. We, of course, have no objection to a similar page limit increase being offered to Defendants for purposes of their reply brief, should they desire one.

    We thank the Court for its consideration of the within matters.

               Sincerely,
               //s// Evan Fried
               Evan Fried

To:    All counsel (via ECF)