UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

       Plaintiff,

 -against-

CARSON BLOCK and MUDDY WATERS, LLC,

       Defendants.

22 Civ. 7236 (VSB)(RWL)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sana Mayat of EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP hereby appears as counsel for Defendants Carson Block and Muddy Watters, LLC, in the above-entitled action, and requests that all papers filed through the ECF system be served upon her by email at smayat@ecbawm.com.

Dated: New York, New York
    November 23, 2022

EMERY CELLI BRINCKERHOFF ABADY WARD
& MAAZEL LLP

By: _____/s/_____
Sana Mayat
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000

*Attorney for Defendants*