# SLARSKEY LLC / 767 Third Avenue / 14th Floor / New York, NY 10036

---

Evan Fried
(212) 658-0661
efried@slarskey.com

December 7, 2022

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

                               Re: *Kevin Barnes v. Carson Block, et al.,* 22 Civ. 7236
                               (VSB)(RWL)

Dear Judge Broderick:

       On behalf of Plaintiff Kevin Barnes ("Plaintiff"), we write pursuant to Rule 4(I) of Your Honor's Individual Rules of Practice, to request oral argument on Defendants Carson Block's and Muddy Waters, LLC's (collectively, "Defendants") motion to dismiss. We conferred with counsel for Defendants, who advised that they neither join nor oppose Plaintiff's request.

       We thank the Court for its consideration of the within matters.

                                      Sincerely,
                                      //s// Evan Fried
                                      Evan Fried

To:     All counsel (via ECF)