UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
KEVIN BARNES,                                              :
:
                        Plaintiff,                         :
:                    22-CV-7236 (VSB)
            -against-                                      :
:                        **ORDER**
CARSON BLOCK and MUDDY WATERS,                             :
LLC,                                                       :
:
                        Defendants.                        :
:
------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Pursuant to my revised Rule 4.I of my Rules Individual Practice, it is no longer necessary for parties to move independently for oral argument. I will continue to evaluate the papers the parties have submitted on the pending motion to dismiss and will set at time for oral argument, if necessary, based on my review of those papers. Accordingly, the Clerk of Court is respectfully directed to close the motion at Doc. 29.

SO ORDERED.

Dated:    August 2, 2023
          New York, New York

                                                          _____
                                                          VERNON S. BRODERICK
                                                          United States District Judge