UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                Plaintiff,

  -against-

CARSON BLOCK and MUDDY WATERS, LLC,

                Defendants.

22 Civ, 7236 (VSB)(RWL)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Maggie Turner of EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP, hereby appears as counsel for Defendants Carson Block and Muddy Waters, LLC, in the above entitled action and requests all papers filed through the ECF system be served upon her by email at mturner@ecbawm.com.

Dated:    New York, New York
            July 30, 2025

                                      EMERY CELLI BRINCKERHOFF
                                      ABADY WARD & MAAZEL LLP

                                      By: _____/s/_____
                                        Maggie Turner
                                        1 Rockefeller Plaza, 8th Floor
                                        New York, NY 10020
                                        (212) 763-5000
                                        mturner@ecbawm.com

                                        *Counsel for Defendants*