# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK  10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

October 8, 2025

**<u>By ECF</u>**

Hon. Henry J. Ricardo
United States Magistrate Judge
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

    Re:    *Barnes v. Block et al.*, 22-cv-07236 (LTS) (HJR)

Dear Judge Ricardo:

    Pursuant to the Case Management Plan and Scheduling Order entered on August 18, 2025, the parties respectfully submit this joint status update.

    On September 5, 2025, the parties exchanged Rule 26(a)(1) initial disclosures. On September 12, 2025, the parties exchanged initial discovery requests and executed a protocol for electronic discovery. The parties have proposed search terms and custodians and are working on identifying and producing responsive electronic discovery materials.

    We thank the Court for its attention to this matter.

                                      Respectfully submitted,

                                         /s
                                  Andrew G. Celli, Jr.
                                  Sam Shapiro
                                  Maggie Turner
                                  *Counsel for Defendants*

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

                                                                                        /s/
                                                                                Evan Fried
                                                              *Counsel for Plaintiff*

c. All counsel of record, via ECF