

Evan Fried
(646) 893-6083
767 Third Ave, 14th Fl
New York, NY 10017

February 25, 2026

<u>BY ECF</u>
Hon. Henry J. Ricardo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Barnes v. Block et al.,* 22-cv-07236 (LTS) (HJR)

Dear Judge Ricardo:

We write on behalf of Plaintiff Kevin Barnes with the consent of Defendants Carson Block and Muddy Waters, LLC pursuant to Rule 11.F of Your Honor's Individual Rules and Practices for Civil Practices to request an adjournment of the schedule in the above-referenced matter. The parties agree that an extension is warranted and stipulate to the schedule set forth herein:

|  | **Original Date** | **Revised Date** |
|---|---|---|
| End of Depositions | March 16, 2026 | May 15, 2026 |
| Requests for Admission | March 16, 2026 | May 15, 2026 |
| End of Fact Discovery | April 13, 2026 | May 29, 2026 |

The parties agree that an extension is necessary in light of delays negotiating requests for production and collecting electronic data, the attorneys' competing obligations in other cases, and the need to coordinate discovery in this action with the parallel action pending in the Eastern District of Pennsylvania, *Block v. Barnes*, No. 2:23-cv-02483. Neither party has previously sought an adjournment to the case schedule.

The parties thank the Court for its attention to this matter.

Respectfully,
*/s/ Evan Fried*
Evan Fried