

Evan Fried
(646) 893-6083
767 Third Ave, 14th Fl
New York, NY 10017

March 9, 2026

BY ECF
Hon. Henry J. Ricardo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Barnes v. Block et al.,* 22-cv-07236 (LTS) (HJR)

Dear Judge Ricardo:

We represent Plaintiff Kevin Barnes ("Plaintiff") and write jointly with counsel for Defendants Carson Block and Muddy Waters, LLC ("Defendants") pursuant to the Court's Order at ECF No. 57 that the parties provide a status report regarding the plan to complete outstanding discovery by the May 29, 2026 deadline.

The parties are discussing proposed dates for party depositions and intend to schedule those depositions in April or early May. Defendants have issued non-party document subpoenas to two entities and are actively negotiating with those entities' counsel. If these negotiations are not resolved, Defendants will promptly raise the issue with the Court. Over the last week, Defendants have also been attempting to serve a deposition subpoena on a non-party for a deposition date of May 8. Additionally, the parties will exchange Requests for Admissions by April 29, 2026 (30 days prior to the fact discovery deadline).

As of February 27, 2026, both parties have completed ESI productions. Both parties are also in the process of identifying and negotiating deficiencies in the opposing party's productions to date, and if the parties cannot resolve these issues, they will promptly raise them with the Court.

The parties thank the Court for its attention to this matter.

Respectfully,
*/s/ Evan Fried*
Evan Fried