

SLARSKEY LLC

Evan Fried
(646) 893-6083
767 Third Ave, 14th Fl
New York, NY 10017

March 25, 2026

BY ECF
Hon. Henry J. Ricardo
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

Re:    *Barnes v. Block et al.*, 22-cv-07236 (LTS) (HJR)

Dear Judge Ricardo:

We write on behalf of Plaintiff Kevin Barnes ("Barnes") pursuant to Your Honor's Individual Rules and Practices § II(G) and the parties' Protective Order (the "Protective Order") (ECF No. 52) to seek temporary approval to seal and apply redactions to Plaintiff's letter-motion regarding discovery disputes (the "Letter-Motion") and certain documents attached therein.

Defendants Carson Block and Muddy Waters, LLC (together, "Defendants") have marked every document referenced in or appended to the Letter-Motion as "Confidential" or "Attorneys' Eyes Only" pursuant to the Protective Order. Plaintiff does not agree with these designations. However, under the Protective Order, each party is obligated to honor confidentiality designations pending a meet-and-confer with the producing party and the producing party's opportunity to move to seal or otherwise defend the confidentiality designations. (ECF No. 52 ¶ 8.) Plaintiff thus requests that the Court provide the parties 14 days to confer regarding whether Defendants seek redaction and/or sealing of these documents. Plaintiff has filed these documents entirely under temporary seal pending such actions.

Respectfully submitted,

Evan Fried

Cc:    Counsel of record (via ECF)