UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                    Plaintiff,

          -v-

CARSON BLOCK, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/26/2026__

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion dated March 25, 2026, raising several discovery disputes.  ECF No. 63.  Defendants' response is due by **March 30, 2026**.

A conference is scheduled on **April 8, 2026**, at **11:00 a.m.** by telephone to address the discovery disputes.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 699 939 317#).

The Court is also in receipt of Plaintiff's letter motion to seal certain documents.  ECF No. 62.  Based on the Court's preliminary review of the letter motion and the proposed material to be sealed, sealing does not appear to be justified.  Accordingly, the letter motion at ECF No. 62 is **DENIED** without prejudice to renewal.  The parties are directed to meet and confer regarding the material they seek to seal and, by **April 1, 2026**, shall file a renewed letter motion that complies with Rule II.G of the Court's Individual Rules and Practices, as

1

revised March 23, 2026, or a joint letter stating that they will not seek to seal these materials accompanied by a public version of the documents.

**SO ORDERED.**

Dated: March 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge