UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                          Plaintiff,

        -v-

CARSON BLOCK, ET AL.,

                          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2026
```

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' motion to compel discovery, ECF No. 65 (the "Motion"). Plaintiff is directed to file a response to the Motion by **April 1, 2026.** The undersigned will address the Motion at the conference scheduled for **April 8, 2026 at 11:00 a.m.**

**SO ORDERED.**

Dated: March 30, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge