# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK  10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
LAURA S. KOKOTAILO
HAFSA S. MANSOOR
SANA MAYAT
ADAM NASSER
DANIEL A. PEÑA
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

March 30, 2026

***Via ECF***

Hon. Henry J. Ricardo
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> Re:    *Barnes v. Block et al.*, 22-cv-07236 (LTS) (HJR)

Dear Judge Ricardo:

We write on behalf of Defendants Carson Block and Muddy Waters, LLC pursuant to Your Honor's Individual Rules and Practices § II.G and the parties' Protective Order (ECF No. 52) to request approval to seal and apply very limited redactions to Defendants' letter in opposition to Plaintiff's March 25, 2026 Letter Motion (ECF No. 63), and the associated exhibits. We also request permission to seal and apply redactions to Ex. C to Defendants' letter motion to compel (ECF No. 65).[1]

For all these documents, Defendants respectfully request permission to redact the name of a third-party entity and the names of two of its employees. Defendants entered an agreement with the third party that contains a non-disclosure provision requiring Defendants to keep confidential, among other things, the "existence of [the] agreement." Defendants therefore seek permission to redact the name of the entity because the above documents reveal the existence of the transaction governed by the agreement. *See Cunningham v. Cornell Univ.*, No. 16 Civ. 6525, 2019 WL 10892081, at *2 (S.D.N.Y. Sept. 27, 2019) (granting motion to seal

---

[1] Defendants filed a slipsheet in place of Exhibit C while the parties conferred about Defendants' proposed redactions. Defendants agreed to withdraw certain redactions originally proposed to the Court via email on March 27. If the Court grants this letter motion, thereby approving the new proposed redactions (solely related to the name of the third-party entity), Defendants will file a public version of Exhibit C with the approved redactions.

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

where proposed redactions were "narrowly tailored and limited" to cover "proprietary business practices" of non-parties).

Plaintiff's counsel consents to these limited redactions.

Sincerely,

/s/
Andrew G. Celli, Jr.
Samuel Shapiro
Maggie Turner
Adam Nasser

Cc: Counsel of record (via ECF)