UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2026
```

KEVIN BARNES,

                    Plaintiff,                    **ORDER**

         -v-                                      22-CV-7236 (LTS) (HJR)

CARSON BLOCK, ET AL.,

                    Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants Carson Block and Muddy Waters, LLC's ("Defendants") motion to seal, ECF No. 67 (the "Letter Motion"), requesting to file with redactions their letter in opposition to Plaintiff's Letter Motion (the "Opposition"), and associated exhibits. The Letter Motion is **GRANTED**.

Defendants are directed to: (1) file an unredacted version of the Opposition and supporting documents under seal, which only the Court will have access to; and (2) publicly file the redacted Opposition and supporting documents.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 67 as **GRANTED**.

**SO ORDERED.**

Dated: March 31, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1