

Evan Fried
(646) 893-6083
767 Third Ave, 14th Fl
New York, NY 10017

April 1, 2026

BY ECF
Hon. Henry J. Ricardo
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

Re*:*    *Barnes v. Block et al.*, 22-cv-07236 (LTS) (HJR)

Dear Judge Ricardo:

We write on behalf of Plaintiff Kevin Barnes ("Barnes") pursuant to Your Honor's Individual Rules and Practices § II(G), the parties' Protective Order (the "Protective Order") (ECF No. 52), and the Court's Order dated March 31, 2026 (ECF No. 69) to seek approval seal and apply very limited redactions to Plaintiff's response to Defendants' letter-motion to compel discovery (ECF No. 65) and certain documents attached therein.

Plaintiff only seeks to redact the same names involved in Defendants' prior letter-motion to seal (ECF No. 67) that the Court granted (ECF No. 69). More specifically, Plaintiff seeks to redact the name of the same third-party entity and the names of two of its employees, pursuant to the Court's prior order.

We thank the Court for its attention to this matter.

Respectfully submitted,
*//s// Evan Fried*
Evan Fried

Cc:    Counsel of record (via ECF)