USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                Plaintiff,

      -v-

CARSON BLOCK, ET AL.,

                Defendants.

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff Kevin Barnes' ("Plaintiff") motion to seal, ECF No. 75 (the "Letter Motion"), requesting to file with redactions his response to Defendants' letter motion, ECF No. 65, and associated exhibits. The Letter Motion is **GRANTED**. Plaintiff is directed to file a sealed version of the letter at ECF No. 76 without redactions.

Additionally, Plaintiff is directed to file a motion to seal the letter motion that is currently under temporary seal, ECF No. 63, by **April 6, 2026**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 75 as **GRANTED**.

**SO ORDERED.**

Dated: April 2, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge