UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                    Plaintiff,

          -v-

CARSON BLOCK, ET AL.,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/7/2026
```

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff Kevin Barnes' ("Plaintiff") motion to seal, ECF No. 79 (the "Letter Motion"), requesting to seal the motion currently under temporary seal, ECF No. 63, along with the associated exhibits currently under seal (ECFs No. 63-1 and 63-2). The Letter Motion is **GRANTED**.

Plaintiff is also directed to file updated versions of ECFs No. 63-3, 63-4, 63-5, 63-6, 63-7, and 63-8 under seal. In accordance with the undersigned's Individual Rules and Practices, Rule II.G.3, a clean copy of the entire document must be filed under seal. The current sealed versions of these exhibits do not contain the entire document text.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 79 as **GRANTED** and to permanently seal ECF No. 63, ECF No. 63-1, and ECF No. 63-2.

**SO ORDERED.**

Dated: April 7, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge