UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                Plaintiff,

      -v-

CARSON BLOCK, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/8/2026

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on April 8, 2026 to address Plaintiff's letter motion ("Plaintiff's Motion"), ECF No. 63 (filed publicly as ECF No. 74), and Defendants' letter motion ("Defendants' Motion"), ECF No. 65.  For the reasons described during the conference, Plaintiff's Motion is **GRANTED IN PART AND DENIED IN PART** and Defendants' Motion is **GRANTED IN PART AND DENIED IN PART.**  The parties shall comply with the following directives.

In response to Request for Production (RFP) 7, Defendants will perform a search of QuickBooks.  Additionally, Defendants will include in a discovery response:

- Whether Defendants have access to the MacBook referred to in ECF No. 63 and the disposition of the MacBook, if known;

- A list of cloud storage repositories to which the Defendants had access to from 2011 to present; and

- A list of the external or backup drives Defendants had access to from 2011 to present, or alternatively, a statement that they are unable to identify any.

Regarding the communications with Kathy Block withheld based upon spousal privilege, Plaintiff will select twenty documents from the privilege log for in camera review.  Plaintiff shall email the list of documents to Defendants by **April 15, 2026** and Defendants shall email the selected documents, without copying Plaintiff, to RicardoNYSDChambers@nysd.uscourts.gov by **April 17, 2026.**

Defendants are directed to produce unredacted version of the documents redacted due to non-responsive commercially sensitive information on an Attorneys' Eyes Only basis.  If Defendants wish to seek a confidentiality order for this purpose, parties are directed to confer before a request is made.

Plaintiff's request to compel production of documents with the author "RESOLUTE" is **DENIED** as moot.

Plaintiff's request to compel the source documents for the Focus Media investigation is **DENIED** as moot.

Defendants' request to compel production in response to RFP 50 and 51, is **DENIED**.

Plaintiff is directed to amend his response to Interrogatory 10 so as to remove from the list of entities any public corporations that are listed solely due to Plaintiff owning public stock.

Plaintiff is directed to produce his trading records related to Focus Media for the period from October 2011 – December 2011.

The Clerk of Court is respectfully directed to terminate Plaintiff's Motion at ECF No. 63 as **GRANTED IN PART AND DENIED IN PART** and Defendant's Motion at ECF No. 65 as **GRANTED IN PART AND DENIED IN PART.**

**SO ORDERED.**

Dated: April 8, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge