UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                Plaintiff,

   -against-

CARSON BLOCK and MUDDY WATERS,
LLC,

                Defendants.

22-cv-7236 (VSB)(HJR)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Adam Nasser of EMERY CELLI BRINCKERHOFF

ABADY WARD & MAAZEL LLP, hereby appears as counsel for Defendants Carson Block and

Muddy Waters, LLC, in the above entitled action and requests all papers filed through the ECF

system be served upon him by email at anasser@ecbawm.com.

Dated:   New York, New York
         April 17, 2026

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

By: _____/s/_____

   Adam Nasser
   1 Rockefeller Plaza, 8th Floor
   New York, NY 10020
   (212) 763-5000
   anasser@ecbawm.com

   *Counsel for Defendants*