EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 1

# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020
TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

April 17, 2026

***Via ECF***

Hon. Henry J. Ricardo
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

   *Re:*  *Barnes v. Block et al.*, 22-cv-07236 (LTS) (HJR)

Dear Judge Ricardo:

   Per the Court's April 8, 2026 order, Dkt. 83, Defendants have submitted by email, for the Court's *in camera* review, twenty documents, selected by Plaintiff, that were withheld based upon spousal privilege. We flag for the Court that one of the documents Plaintiff selected – a communication with counsel representing Mr. Block in connection with his SEC whistleblower application, DEF0001524 – is also withheld for attorney-client privilege. *See* Dkt. 71–3 (Defendants' privilege log).

        Sincerely,

        */s/*
        Andrew G. Celli, Jr.
        Samuel Shapiro
        Maggie Turner
        Adam Nasser