UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                    Plaintiff,

        -v-

CARSON BLOCK, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2026

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of non-party Sahm Adrangi's letter motion requesting a conference to discuss his request to quash the subpoena served on him by Defendants ("Mr. Adrangi's Motion"), ECF No. 90.  The request for a conference is **GRANTED.** A conference is scheduled for **May 15, 2026,** at **3:00 p.m.** by telephone to discuss Mr. Adrangi's Motion.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 725 048 1#).

Responses to Mr. Adrangi's Motion shall be filed by **May 13, 2026**.

**SO ORDERED.**

Dated: May 6, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1