EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 1

# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020
TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

May 8, 2026

***Via ECF***

Hon. Henry J. Ricardo
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

>  Re:    *Barnes v. Block et al.*, 22-cv-07236 (LTS) (HJR)

Dear Judge Ricardo:

We represent Defendants Carson Block and Muddy Waters, LLC ("Defendants") in the above-captioned case and write jointly with counsel for Plaintiff Kevin Barnes to provide a status update pursuant to ECF No. 61. Party depositions have commenced and are scheduled to be completed by the May 15 deposition deadline. *See* ECF No. 59. The parties do not intend to use testifying experts in this matter.

## Plaintiff's Status Update

Plaintiff is holding the deposition of Carson Block and Muddy Waters, LLC on May 12 and 14. Following the Court's April 8 order on the parties' motions to compel, and Defendants' resultant production, Plaintiff is evaluating the completeness of Defendants' productions, including with respect to documents concerning the "Beckham" transactions. As to the now-unredacted documents Defendants produced pursuant to the Court's order on redactions for non-responsiveness, Plaintiff is reviewing whether any improper redactions remain and will confer with Defendants if so. Last, as to documents withheld based on spousal privilege, Plaintiff's understanding is that Defendants have submitted documents for in camera review to the Court.

## Defendants' Status Update

Defendants noticed the deposition of third-party Sahm Adrangi, principal of Kerrisdale Capital Management ("Kerrisdale"), to occur on May 8, 2026. As the Court is aware, Mr. Adrangi seeks to quash Defendants' deposition subpoena. ECF No. 90. Defendants' response is due May 13, 2026, and the Court scheduled a conference with respect to this issue for May 15, 2026. ECF No. 91. Defendants anticipate the need for a limited extension of the May 15 deposition deadline solely for the purpose of taking Mr. Adrangi's deposition should the Court

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

order him to comply with the deposition subpoena. Defendants are also in the process of negotiating with Kerrisdale and Mr. Adrangi regarding their responses to Defendants' document subpoenas and, if these issues cannot be resolved, Defendants will promptly raise them with the Court.

Pursuant to the Court's April 8 order, ECF No. 83, Defendants have: (1) produced on an Attorneys' Eyes Only basis unredacted versions of the documents redacted due to non-responsive commercially sensitive information; (2) submitted documents withheld for spousal privilege for the Court's *in camera* review; and (3) served on Plaintiff supplemental disclosures regarding ESI sources (Mr. Block's personal computer, Defendants' cloud storage repositories, external or backup drives, and QuickBooks). Defendants are conferring with Plaintiff about the sufficiency and scope of Plaintiff's mobile data production.

\* \* \*

The next status conference is scheduled for June 8, 2026. ECF No. 59. The parties thank the Court for its attention to this matter.

Sincerely,

/s/
Andrew G. Celli, Jr.
Samuel Shapiro
Adam Nasser