UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                    Plaintiff,

         -v-

CARSON BLOCK, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2026

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' motion requesting the Court to compel Kerrisdale Capital Management LLC to produce documents and information ("Defendants' Motion").  ECF No. 96.  Responses to Defendants' Motion are due by **May 27, 2026**.

A conference is scheduled for **June 9, 2026,** at **11:00 a.m.** by telephone to discuss Defendants' Motion.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 738 607 478#).

Defendants are directed to provide a copy of this order to counsel for Kerrisdale Capital Management LLC.

**SO ORDERED.**

Dated: May 13, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge