UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

               Plaintiff,

        -v-

CARSON BLOCK, ET AL.,

              Defendants.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _5/15/2026_

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated April 8, 2026, the Defendants were directed to submit by email twenty documents from the privilege log for the Court's *in camera* review. ECF No. 83.  Based on the *in camera* review, the undersigned makes the following rulings on privilege.

The following documents are not properly withheld based on spousal privilege:  DEF0009309, DEF0009310, DEF0009312, DEF0006918, DEF0006917, DEF0016024, DEF0016030, DEF0016517, DEF0011062, DEF0001926, DEF0001520.

The following documents are properly withheld based on attorney-client privilege but not spousal privilege:  DEF0001524, DEF0001509, DEF0001510.

The following documents may be redacted based on spousal privilege as to the part of the email chain sent after the message sent at 11:18 am on April 5, 2012: DEF0009314, DEF0009313.

1

The following documents might be subject to spousal privilege, depending on the purpose and context of these communications. Defendants must submit a letter providing more information by **May 25, 2026**. The documents are: DEF0006926, DEF0006927, DEF0006928.

**SO ORDERED.**

Dated: May 15, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge