UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                Plaintiff,

    -v-

CARSON BLOCK, ET AL.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2026
```

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on May 15, 2026 to address non-party Sahm Adrangi's letter requesting to quash the deposition subpoena served on him or, in the alternative, modify it.  ECF No. 90.  For the reasons articulated at the conference, the relief requested in the letter is **GRANTED IN PART AND DENIED IN PART.**  The undersigned declines to quash the subpoena, but the deposition of Mr. Adrangi shall be limited to 4 hours.

Additionally, at the conference Mr. Adrangi asked for attorneys' fees and the request was **DENIED.**

**SO ORDERED.**

Dated: May 15, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge