EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 1

# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020
TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

May 19, 2026

*Via ECF*

Hon. Henry J. Ricardo
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:     *Barnes v. Block et al.*, 22-cv-07236 (LTS) (HJR)

Dear Judge Ricardo:

We write on behalf of Defendants Carson Block and Muddy Waters, LLC in the above-captioned case pursuant to Rule 11.F of Your Honor's Individual Rules and Practices for Civil Practices to respectfully request an extension of the schedule in the above-referenced matter. At present, the deposition deadline is May 15, 2026, and the fact discovery deadline is May 29, 2026. ECF No. 59. Defendants respectfully request that both of those deadlines be extended to **July 10, 2026**, but solely for purposes of (1) discovery from third parties Kerrisdale Capital Management LLC ("Kerrisdale") and Sahm Adrangi, (2) responses to the parties' discovery requests served on May 15, 2026, which are due on June 15, 2026, and (3) any post-deposition discovery requests.

This proposal is intended to allow time for Kerrisdale/Mr. Adrangi to make a production following the June 9 conference (to the extent the Court orders them to do so), *see* ECF No. 98, and thereafter schedule the deposition of Mr. Adrangi that the Court ordered at the May 15 conference. *See* ECF No. 101.

Plaintiff consents to this request. This is Defendants' first request for an adjournment to the case schedule. The parties thank the Court for its attention to this matter.

Sincerely,

*/s/*
Andrew G. Celli, Jr.
Samuel Shapiro
Adam Nasser