UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                            Plaintiff,

          -v-

CARSON BLOCK, ET AL.,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/20/2026

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' request to extend discovery deadlines. ECF No. 102. The request is **GRANTED**. The fact discovery and deposition deadline is extended to **July 10, 2026** but solely for the purpose of obtaining discovery from third parties Kerrisdale Capital Management LLC and Sahm Adrangi, receiving responses to the parties' discovery requests served on May 15, 2026, and any post-deposition discovery requests.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 102 as **GRANTED**.

**SO ORDERED.**

Dated: May 20, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1