UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                    Plaintiff,

         -v-

CARSON BLOCK, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/8/2026

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' letter, ECF No. 109.  The conference scheduled for June 9, 2026, ECF No. 98, is cancelled.

**SO ORDERED.**

Dated: June 8, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1