UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                    Plaintiff,

        -v-

CARSON BLOCK, ET AL.,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2026
```

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter ("Plaintiff's Letter").  ECF No. 113.

Defendants are directed to respond to Plaintiff's Letter by **June 18, 2026.**

A conference is scheduled for **June 23, 2026,** at **2:00 p.m.** by telephone to discuss Plaintiff's Letter.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 330 712 510#).

**SO ORDERED.**

Dated: June 10, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge