UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/23/2026_____

KEVIN BARNES,

               Plaintiff,

**ORDER**

     -v-

22-CV-7236 (LTS) (HJR)

CARSON BLOCK, ET AL.,

               Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on June 23, 2026 to discuss Plaintiff's letter at ECF No. 113, and motion to seal at ECF No. 111.  For the reasons articulated at the conference, the Parties shall adhere to the following directives.

Regarding the motion to seal, ECF No. 111, Plaintiff's request to redact portions of Exhibit 1 is **GRANTED**.  Plaintiff's request to redact Exhibits 3 and 4 is **DENIED**.  Plaintiff shall publicly file Exhibits 3 and 4.  The Parties shall confer further on redactions for the letter and Exhibit 2 and propose updated redactions by **July 2, 2026**.

Regarding the letter at ECF No. 113, Plaintiff is hereby given leave to amend the complaint.  The Parties are directed to confer and propose an updated schedule that accounts for the amended complaint and related discovery needs.  The Parties shall file a joint letter with the proposed schedule by **July 7, 2026**.

**SO ORDERED.**

Dated: June 23, 2026
  New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge