EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK  10020
TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

July 7, 2026

**Via ECF**

Hon. Henry J. Ricardo
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Barnes v. Block et al.*, 22-cv-07236 (LTS) (HJR)

Dear Judge Ricardo:

This firm represents Defendants Carson Block and Muddy Waters, LLC ("Defendants") in the above-captioned case. We write jointly with counsel for Plaintiff Kevin Barnes pursuant to the Court's order at ECF No. 117 to propose a schedule for the amended complaint and supplemental discovery. The parties have conferred and propose as follows:

- Plaintiff will file the amended complaint on or before July 10, 2026;

- Defendants will respond to the amended complaint on or before August 7, 2026;

- Supplemental discovery will proceed during the pendency of any motion to dismiss and will close on September 15, 2026.

The parties thank the Court for its attention to this matter.

Sincerely,

/s/
Andrew G. Celli, Jr.
Samuel Shapiro
Adam Nasser

cc.    All counsel of record, *by ECF*