UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                    Plaintiff,

        -v-

CARSON BLOCK, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2026____

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

   The Court is in receipt of Parties' joint letter proposing an updated schedule, ECF No. 121.  The proposal is adopted.  The Parties shall adhere to the following deadlines.  The Amended Complaint shall be filed by **July 10, 2026**.  Defendants shall respond to the Amended Complaint by **August 7, 2026**.  Supplemental discovery shall conclude by **September 15, 2026**.

**SO ORDERED.**

Dated: July 8, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge