USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

Plaintiff,

-v-

CARSON BLOCK, ET AL.,

Defendants.

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A post-discovery conference is scheduled for **September 22, 2026,** at **11:00 a.m.** by telephone to discuss entry of a pretrial scheduling order to prepare for trial before Chief Judge Swain. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 521 752 536#).

**SO ORDERED.**

Dated: July 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge