UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

                    Plaintiff,

         -v-

CARSON BLOCK, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/29/2026_

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The post-discovery conference scheduled for September 22, 2026, at 11:00 a.m. by Order dated July 17, 2026 is adjourned to **September 23, 2026** at **11:00 a.m.**  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 521 752 536#).

**SO ORDERED.**

Dated: July 29, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1