UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2026

KEVIN BARNES,

Plaintiff,

-v-

CARSON BLOCK, ET AL.,

Defendants.

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion seeking an order compelling third parties to produce documents (the "Letter Motion"). ECF No. 127. Responses to the Letter Motion are due by **August 18, 2026**.

A conference is scheduled for **August 21, 2026** at **2:00 p.m.** by telephone to discuss the Letter Motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 708 496 334#).

Defendants are directed to serve a copy of this order on counsel for the third parties.

**SO ORDERED.**

Dated: August 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge