USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

Plaintiff,

-v-

CARSON BLOCK, ET AL.,

Defendants.

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on August 21, 2026 to discuss Defendants' motion to compel Kerrisdale Capital Management LLC and Sahm Adrangi to produce documents. ECF No. 128. For the reasons articulated at the conference, the motion to compel is **DENIED**.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 128 as **DENIED**.

**SO ORDERED.**

Dated: August 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge