# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x
KEVIN BARNES,
Plaintiff,
22-cv-7236(LTS)(HR)
-against-
CARSON BLOCK and MUDDY WATERS, LLC,
Defendant.
- - - - - - - - - - - - - - - - - - - - -x
May 14, 2026
9:44 a.m.

Continued Video-recorded DEPOSITION of Carson Block, the Plaintiff in the above-entitled action, held via Zoom videoconference, taken before Garry J. Torres, a Stenographer and Notary Public of the State of New York, pursuant to the Federal Rules of Civil Procedure, Notice and stipulations between Counsel.

* * *

APPEARANCES:

SLARSKEY LLC
Attorney for Plaintiff
KEVIN BARNES
767 Third Avenue, 14th Floor
New York, New York 10017
TEL: (646) 893-6083
EMAIL: efried@slarskey.com

BY: EVAN FRIED, ESQ.

EMERY CELLI ABADY BRINKERHOFF WARD & MAAZEL LLP
Attorney for Defendant
CARSON Block and MUDDY WATERS, LLC
600 Fifth Avenue
Manhattan, New York 10020
TEL: Not provided
EMAIL: acelli@ecbalaw.com

BY: ANDREW G. CELLI, JR., ESQ.

ALSO APPEARING:

JACQUE COVAS, VIDEOGRAPHER

* * *

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form of the question, shall be reserved to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.

* * *

client is asserting it, but any other similar spreadsheet relating to Focus Media, if it hasn't turned up, it's because I don't have access to it or it never existed.

Q. What do you mean by "similar spreadsheet"?

A. So it's possible that post November 21st, there -- you know, I tallied up -- I tallied up our costs on a spreadsheet to send to Oasis. This is not something that Kevin Barnes would have been party to. That spreadsheet either was produced, or it was not produced. If it was not produced, it means -- it either means it didn't exist or I don't have access to it. I have no recollection of making such a spreadsheet, but if you're asking whether I've searched in the past three months, I'm telling you that, whatever the discovery time frame has been, everything that could qualify or that could fit that description has -- has been the subject of a search.

Q. Mr. Barnes -- withdrawn.

I have read the foregoing transcript of my deposition, and find it to be true and accurate to the best of my knowledge and belief.

__________________________

CARSON BLOCK

Sworn and subscribed to before me,
On this _____ day
of ________________ 2026.

Notary________________________
My Commission Expires________

CERTIFICATION

I, Garry J. Torres, a Notary Public for and within the State of New York, do hereby certify:

That, Carson Block, the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 1st day of June, 2026.



_______________________

GARRY J. TORRES

* * *

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Barnes, Kevin v. Block, Carson, Et Al.
DATE OF DEPOSITION: 5/14/2026
WITNESS' NAME: Carson Block

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |

______________________________
Carson Block

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF ____________, 20__.

_____________________ (NOTARY PUBLIC)

_______________________ MY COMMISSION EXPIRES: