USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

Plaintiff,

-v-

CARSON BLOCK, ET AL.,

Defendants.

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference with the parties on October 20, 2026. For the reasons articulated at the conference, Defendants are directed to file a letter motion explaining (1) their request to extend the discovery period to include expert discovery, (2) their request for leave to file a counterclaim, and (3) whether they will seek to consolidate this case with another federal case in Pennsylvania. The letter motion shall be filed by **October 30, 2026,** and shall not exceed seven pages, single-spaced. Plaintiff's response is due by **November 6, 2026**, and shall not exceed seven pages, single-spaced.

A conference is scheduled for **November 12, 2026,** at **2:00 p.m.** by telephone to discuss the forthcoming letter motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 178 409 383#).

**SO ORDERED.**

Dated: October 20, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge