ECBAWM
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL

*New York Office*
One Rockefeller Plaza
8th Floor
New York, New York 10020

*California Office*
1816 Fifth Street
Berkeley, California 94710

Tel: (212) 763-5000
Fax: (212) 763-5001
www.ecbawm.com

October 22, 2026

***Via ECF***

Hon. Henry J. Ricardo
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

*Re:* *Barnes v. Block et al.*, 22-cv-07236 (LTS) (HJR)

Dear Judge Ricardo:

We write on behalf of Defendants Carson Block and Muddy Waters, LLC pursuant to Your Honor's Individual Rules and Practices § II.G and the parties' Protective Order (ECF No. 52) to request approval to seal and apply very limited redactions to two exhibits (ECF Nos. 144-1 and 144-3) that Plaintiff attached to his opposition to Defendants' pending motion to dismiss and filed on the public docket without redaction.

Defendants respectfully request permission to redact the name of a third-party entity at ECF No. 144-1 (at 279:4 and 279:15) and ECF No. 144-3 (at 94:11). Defendants entered an agreement with the third party that contains a non-disclosure provision requiring Defendants to keep confidential, among other things, the "existence of [the] agreement." Defendants therefore seek permission to redact the name of the entity because the above documents reveal the existence of the transaction governed by the agreement. *See Cunningham v. Cornell Univ.*, No. 16 Civ. 6525, 2019 WL 10892081, at *2 (S.D.N.Y. Sept. 27, 2019) (granting motion to seal where proposed redactions were "narrowly tailored and limited" to cover "proprietary business practices" of non-parties). The Court previously approved redaction of the same information at ECF No. 69.

Defendants request that ECF Nos. 144-1 and 144-3 be immediately sealed on the public docket and request permission to file versions of the same exhibits redacting only the name of the third-party entity.

Plaintiff does not oppose this request.

Sincerely,

/s/

Andrew G. Celli, Jr.
Samuel Shapiro
Maggie Turner
Adam Nasser

Cc: Counsel of record (via ECF)