USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

Plaintiff,

-v-

CARSON BLOCK, ET AL.,

Defendants.

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion seeking to retroactively seal two exhibits filed by Plaintiff in response to the motion to dismiss. ECF No. 147. Defendants are directed to email their letter motion and highlighted copies of the documents identifying the proposed redactions to chambers by **October 30, 2026,** in accordance with the undersigned's Individual Rules and Practices in Civil Cases.

The Clerk of Court is respectfully directed to place the exhibits at ECF Nos. 144-1 and 144-3 under seal.

**SO ORDERED.**

Dated: October 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge