USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

Plaintiff,

-v-

CARSON BLOCK, ET AL.,

Defendants.

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion seeking to retroactively seal two exhibits filed by Plaintiff in response to the motion to dismiss. ECF No. 147. The redactions proposed for exhibits 144-1 and 144-3 are approved. Defendants shall file public versions of the documents containing the approved redactions.

**SO ORDERED.**

Dated: November 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge