USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

Plaintiff,

-v-

CARSON BLOCK, ET AL.,

Defendants.

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion asking to extend the deadline to file a response to Defendants' letter motion at ECF No. 151. ECF No. 154. The request is **GRANTED**. Plaintiff shall respond to Defendants' letter motion by **November 13, 2026**.

Additionally, the telephone conference on Defendants' letter motion is adjourned from November 12, 2026 to **November 20, 2026** at **10:00 a.m.** The dial-in information remains the same. *See* ECF No. 146.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 154 as **GRANTED**.

**SO ORDERED.**

Dated: November 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge