USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BARNES,

Plaintiff,

-v-

CARSON BLOCK, ET AL.,

Defendants.

**ORDER**

22-CV-7236 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on November 20, 2026 to discuss Defendants' letter motion requesting to amend the schedule to allow for expert discovery, for leave to amend their answer to add counterclaims, and to consolidate this action with a related action pending in the Eastern District of Pennsylvania. ECF No. 151. For the reasons articulated at the conference, the parties shall adhere to the following directives.

The request to amend the schedule to allow for expert discovery is **GRANTED**. The parties shall confer and propose a schedule for expert discovery by **December 4, 2026**.

The request for leave to amend the answer is **GRANTED**. Defendants shall file the amended answer by **November 25, 2026**. The parties shall confer on whether the amended answer affects the schedule and file any proposed changes to the schedule by **December 4, 2026**.

The request for consolidation is **DENIED**. The parties should confer further on consolidation.

The Court is also in receipt of the letter motion to seal at ECF No. 156. The request to seal Exhibits 4 and 7 is **GRANTED**. The request to seal or redact the other exhibits and the letter response itself is **DENIED**. Plaintiff shall file public versions of the latter documents without redactions.

The Clerk of Court is respectfully directed to terminate the letter motions at ECF No. 151 and ECF No. 156 as **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED.**

Dated: November 20, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge